USDC SCAN INDEX SHEET

















```
JRL    9/10/03    11:08
3:03-CR-02434   USA V. INZUNZA
*37*
*CROCONDREL.*
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff, ) CRIMINAL CASE NO. __03CR2434-JM__
v. )
__LANCE MALONE (5)__ ) ORDER AND CONDITIONS OF PRETRIAL
Defendant. ) RELEASE: BAIL (18 U.S.C. § 3142(c))

A hearing was held to determine pretrial conditions of release of the defendant pursuant to 18 U.S.C. § 3142. The Magistrate Judge determined an unconditional release pursuant to 18 U.S.C.§ 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C.§ 3142(c). *Good cause appearing*,
IT IS ORDERED that the defendant shall be released subject to the condition that the defendant: *(a) not commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below, as indicated by (✓), in accordance with 18 U.S.C.§ 3142(c)(2):*

**STANDARD CONDITIONS:**

✓ 1. restrict travel to ❑ San Diego County, ☑ Southern District of California, ❑ Central District of California, ❑ State of California, ❑ United States, ☑ do not enter Mexico, ❑ discretion of the Pretrial Services Officer (PSO) or ❑ other: __D. of Nevada & points in between__;

✓ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO;

✓ 3. not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802), without a lawful medical prescription;

✓ 4. not possess any firearm, dangerous weapon or destructive device during the pendency of the case;

✓ 5. read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;

✓ 6. provide the court a current residence address and phone number before release from custody.

**ADDITIONAL CONDITIONS:**

___ 7. ❑ be able to legally remain in the United States during pendency of the proceedings and/or ❑ surrender passport and/or all travel documents to the Court;

___ 8. submit to treatment, and/or testing, as specified by the PSO, for: ❑ drugs or alcohol, and/or ❑ psychiatric or psychological counseling;

___ 9. participate in ❑ an electronic or ❑ a Global Positioning System (GPS) satellite monitoring program, including, release of defendant to PSA custody; and ❑ residence restrictions and/or ❑ permissive travel for employment. Defendant and sureties are responsible for GPS equipment loss or damage. ❑ submit to supervision and custody of _____, designated as custodian; and/or ❑ remain at a specified residence (curfew) between the hours of ___ P.M. and ___ A.M. daily;

___ 10. not have contact with anyone involved in this case except through counsel, or with the following persons: _____;

___ 11. actively seek and maintain full-time employment, schooling, or combination of both;

___ 12. execute a personal appearance bond in the amount of $ __250,000__ secured by:
☑ a trust deed to the United States on real estate approved by the Magistrate Judge;
☑ the co-signatures of __Def & his wife__ financially responsible (related) adults,
❑ other: __Trust Deed on Permit Number at 3304 Bishop Pike St Las Vegas Nevada and one additional property to be identified within one week.__

___ 13. provide the court with: ❑ a cash bond and/or ❑ execute a bail bond by an approved solvent corporate surety in the amount of $ _____ that covers **ALL** conditions of release (not just appearances).

___ 14. ❑ Nebbia hearing, and/or ❑ Examination of Sureties required prior to release from custody;

___ 15. 18 U.S.C.§ 3142(d) hold until _____ ; if no detainer is lodged by then, these conditions take effect.

___ 16. all conditions previously set will remain the same.

___ 17. other conditions: _____

DATED: __9/3/03__                                         _____
                                                         United States Magistrate Judge

cc: Defendant/Counsel & Pretrial Services Agency